UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:24-cv-03428-AB-SSCx | Date: | June 7, 2024 |
| Title: | Danielle C. Deras v. Soho House LLC et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Daniel Tamayo | April Lassiter-Benson |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Reza Mirroknian | Christopher Habashy |
| Aaron Jacques Farkas | |

**Proceedings:** ZOOM –
1) DEFENDANTS' MOTION TO DISMISS [9];
2) DEFENDANTS' MOTION TO COMPEL ARBITRATION [12]; 3) PLAINTIFF'S MOTION FOR REMAND [13]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby orders:

Defendants' Motion to Dismiss [9] is GRANTED with Leave to Amend the Complaint within 30 days.
Defendants' Motion to Compel Arbitration [12] is DENIED as MOOT.
Plaintiff's Motion for Remand [13] is DENIED.

00 : 35