JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIELLE C. DERAS, an individual, | Case No. 2:24-cv-03428-AB |
|---|---|
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| SOHO HOUSE LLC, a limited liability company, et al., | |
| Defendant. | |

The Court has been advised that Plaintiff requests to dismiss this case without prejudice. (*See* Dkt. No. 43.) The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice.

Dated: April 22, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.